IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TODD B. GIBBS, | : | Case No. 1:01CV838 |
| Petitioner, | : | |
| v. | : | Judge Dlott |
| PAT HURLEY, Warden, | : | Magistrate Judge Hogan |
| Respondent. | : | **HABEAS CORPUS** |

**NOTICE OF CHANGE OF ADDRESS**

Assistant Attorney General M. Scott Criss, counsel for Respondent Pat Hurley, hereby gives notice to the Court and the parties of the change of his office address. The new address is reflected below.

    Respectfully submitted,

    JIM PETRO
    Attorney General


    s/M. Scott Criss
    M. SCOTT CRISS (0068105)
    Assistant Attorney General
    Corrections Litigation Section
    150 East Gay Street, 16th Floor
    Columbus, Ohio 43215
    (614) 644-7233
    (614) 728-9327 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing *Notice of Change of Address* has been forwarded to Todd Gibbs, #382-781, Ross Correctional Institution, P.O. Box 7010, Chillicothe, Ohio 45601, via the U.S. Mail, this 19th day of November, 2003.

s/M. Scott Criss
M. SCOTT CRISS
Assistant Attorney General
