**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Todd B Gibbs, #A382-781
   PO Box 7010
   Chillicothe, OH 45601

2. Article Number
   *(Transfer from service label)*

   7003 1680 0000 0330 4887

   Di. 838 (Doc 15) SJD

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _D. Buckler_     ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*
   D. Buckler

C. Date of Delivery
   2-13-04

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes