IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TODD B. GIBBS, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv838-SJD-TSH |
| vs. : | |
| : | District Judge Susan J. Dlott |
| PATRICK HURLEY, Warden : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
. . . that petitioner's petition for writ of habeas corpus pursuant to 28 USC Sec 2254 is hereby DENIED with prejudice.
    With respect to any application by petitioner to proceed on appeal IFP the Court certifies pursuant to 28 USC Sec 1915(a)(3) that an appeal of this order would not be taken in good faith and therefore DENIES petitioner leave to appeal IFP.
    A certificate of appealability shall not issue because for the reasons stated in the Report and Recommendations, petitioner has failed to make a substantial showing of the denial of a constitutional right remediable in this federal habeas corpus proceeding. Petitioner has not shown that reasonable jurists could debate whether his claims should have been resolved on a different manner or that the issues presented were adequate to deserve encouragement to proceed further.

3/24/04                                              JAMES BONINI, CLERK


                                                   ___s/William Miller_____
                                                   Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.