| | | | |
|---|---|---|---|
| **OFFICIAL USE** | | | |
| Postage | $ | | 1:01cv 838 |
| Certified Fee | | | |
| Return Receipt Fee (Endorsement Required) | | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | | |

Sent To: Todd G. BBS

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

PS Form 3800, April 2002                    See Reverse for Instructions

7002 0860 0000 1408