| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ J. Hatfield  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): J. Hatfield   C. Date of Delivery: 3-29-04<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Todd B. G. BBS<br># A 382-781<br>Ross Corr. Inst.<br>P.O. Box 7010<br>Chillicothe, OH. 45601 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7002 0860 0000 1408 6510 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835



• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 E. FIFTH STREET, RM #324
CINCINNATI, OHIO 45202
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:01cv838    4819
#16+17